United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST,<br><br>Plaintiff,<br><br>v.<br><br>MALU BONDE, et al.,<br><br>Defendants. | Case No. 19-cv-08464-PJH<br><br>**ORDER ADOPTING MAGISTRATE JUDGE SPERO'S REPORT AND RECOMMENDATION RE SUA SPONTE REMAND**<br><br>Re: Dkt. No. 5 |

The court has reviewed Magistrate Judge Joseph C. Spero's Report and Recommendation Re: Sua Sponte Remand. Defendants failed to file any objections to the report, and the deadline to do so has passed. The court finds the report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the court hereby **REMANDS** this action to the Contra Costa County Superior Court.

**IT IS SO ORDERED.**

Dated: February 3, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge